IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| READERLYN CARTER TUCKER, | * | |
| Plaintiff, | * | |
| vs. | * | |
| MARK HARRIS, *et al.*, | * | CASE NO. 4:24-cv-69 |
| Defendants. | * | |
| | * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 17, 2024 is hereby approved, adopted, and made the Order of the Court.

The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 26th day of July, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA