IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-437-D

READERLYN CARTER TUCKER, )
)
          Plaintiff, )
)
v. )   **ORDER**
)
MARK HARRIS, et al., )
)
          Defendants. )

For the reasons stated in this court's August 6, 2024 order [D.E. 15], the court DENIES plaintiff's motion to appoint counsel [D.E. 31]. For the reasons stated in defendants' memorandum of law [D.E. 33] and reply [D.E. 37], the court GRANTS defendants' motion to dismiss [D.E. 32] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 32]. The court DENIES as meritless plaintiff's motion to set case for pre-trial [D.E. 39].

SO ORDERED. This _3_ day of April, 2025.

                                              JAMES C. DEVER III
                                              United States District Judge