UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| READERLYN CARTER TUCKER ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:24-cv-00437-D-RN |
| MARK HARRIS, ALETHEA HARRIS, ) | |
| DEPARTMENT OF SOCIAL SERVICES ) | |
| Onslow County CPS, NIKKI WATKINS, ) | |
| and NATAKI WALKERS ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of defendants' motion to dismiss and pro se plaintiff's motions.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 4, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on April 4, 2025, and Copies To:**
Readerlyn Carter Tucker (via US mail) 5555 Whittlesey 1095, Columbus, GA 31907
Mark Harris (via US Mail) P.O. Box 1168, Hope Mills, NC 28348
Erin Holcomb Epley (via CM/ECF Notice of Electronic Filing)

April 4, 2025          PETER A. MOORE, JR., CLERK

                       /s/ Tyjuana Griffin
                       (By) Tyjuana Griffin, Deputy Clerk