IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-437-D

| READERLYN CARTER TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARK HARRIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in defendants' response [D.E. 47], the court DENIES plaintiff's

motion to set aside judgment [D.E. 44].

SO ORDERED. This 20 day of June, 2025.

JAMES C. DEVER III
United States District Judge